UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

BRANDI FUNKHOUSER,
Administrator of the Estate of
KACEY D. HORN,

    Plaintiff,

v.                                            Civil Action No. 5:22cv56

KAITLYN BROWN, et al.

    Defendants.

**JOINT PETITION FOR COURT APPROVAL OF WRONGFUL DEATH COMPROMISE SETTLEMENT PURSUANT TO VIRGINIA CODE § 8.01-55**

The Plaintiff, Brandi Funkhouser, as Administrator of the Estate of Kacey D. Horn, Deceased ("Plaintiff"), and the Defendant, Kaitlyn Brown ("Defendant") (collectively the "Parties"), by their respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure and Virginia Code § 8.01-50 et seq., request that the Court approve their proposed compromise settlement for the alleged wrongful death of Kacey D. Horn ("Decedent") on the following grounds:

1.    This lawsuit arises from claims brought pursuant to 42 U.S.C. § 1983 and Virginia's wrongful death statute regarding the death of Kacey D. Horn. The Plaintiff alleges that Defendant Brown, a mental health provider responsible for Decedent's care, was negligent in failing to ensure proper evaluation, monitoring, and care upon Decedent's return from Western State Hospital, contributing to her death.

2.    The Plaintiff is the duly appointed Administrator of the Estate of Kacey D. Horn.

3.    Plaintiff filed her Second Amended Complaint on July 29, 2024, asserting claims for wrongful death under Virginia law and claims under 42 U.S.C. § 1983. The Virginia Wrongful

Death Act requires court approval of any compromise settlement of a claim brought under that Act. Va. Code § 8.01-55.

4. Defendant denies any wrongdoing associated with the facts and circumstances giving rise to this lawsuit and specifically denies any liability for the death of Decedent or any other injury alleged in this legal action. Nevertheless, the Parties have negotiated a compromise settlement that requires the Court's approval under Va. Code § 8.01-55. Specifically, the Parties have agreed to resolve this matter for ONE HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($150,000.00) ("Settlement Payment"), subject to the Court's approval.

5. At the time of her death, Decedent was married. The known potential statutory beneficiaries under Va. Code Ann. § 8.01-53 are:

a) Christopher Kerns (spouse)

b) *Minor* Myah Keller (biological child)

c) *Minor* Branson Thomas (biological child)

d) Brandi Funkhouser (mother)

6. Because this proposed settlement does not dispose of the action in its entirety and because the Court or jury may have to determine the appropriate distribution of proceeds to the beneficiaries at a future time, the Parties do not at this time seek approval of proposed distribution amounts to the beneficiaries, but rather seeks approval of the Settlement and an Order directing the money designated for the Estate below to be held in escrow by counsel for the Plaintiff until such time as a method of distribution is Ordered. Accordingly, the Proposed Order is attached as Exhibit A.

7. Accordingly, the parties propose that the settlement funds shall be distributed as follows:

| Payee | Reason | Amount |
|---|---|---|
| Commonwealth Law Group | Fees | $46,654.72 |
| Commonwealth Law Group | Costs | $28,345.28 |
| Estate of Kacey Horn c/o Commonwealth Law Group | Escrow pending Court approval of distribution | $75,000 |

8. Plaintiff represents that, as part of this settlement, the Estate will be responsible for any and all legally enforceable liens, if any, including Medicare and/or Medicaid, that may be outstanding for medical expenses or bills incurred by or on behalf of Decedent, and that any such liens that may exist will not be the responsibility or obligation of Defendant.

9. The Parties are informed and believe that the compromise settlement is just and reasonable under all circumstances and hereby petition this Court for approval of the compromise settlement pursuant to Section 8.01-55 of the Code of Virginia.

10. In consideration of Defendant's promise to make the Settlement Payment described above, Plaintiff, individually and as Administrator of the Estate of Kacey D. Horn, agrees to release, acquit, and forever discharge Defendant, as well as her insurers, past, present and future officers, directors, stockholders, attorneys, agents, representatives, employers, employees, independent contractors, subsidiaries, affiliates, member companies, partners, predecessors and successors in interest, heirs, executors, administrators, and assigns, and all other persons, firms, or corporations with whom any of the former have been, are now, or may hereafter be affiliated, from any and all past, present or future claims, demands, obligations, actions, causes of action, wrongful death claims, rights, damages, costs, losses of services, expenses, and compensation of any nature whatsoever, whether based on a tort, contract or other theory of recovery, which Plaintiff now has, or which may hereafter accrue, on account of, or may in any way grow out of, or which are the subject of the Amended Complaint and related pleadings.

WHEREFORE, for the foregoing reasons, and any additional reasons which may be asserted at oral argument, the Parties, by their respective counsel, respectfully request that the Court enter an order approving the compromise settlement and dismissing Defendant Kaitlyn Brown from these proceedings with prejudice.

Respectfully Submitted,

**BRANDI FUNKHOUSER**
**as Administrator of the Estate of**
**KACEY HORN**

and

**KAITLYN BROWN**

*[signature]*
Brewster S. Rawls (VSB No. 23604)
Rawls Law Group
211 Rocketts Way, Suite 211
Richmond, VA 23231
Phone: (804) 344-0038
brawls@rawlslawgroup.com

Seth Carroll (VSB No. 74745)
Commonwealth Law Group
3311 West Broad Street
Richmond, Virginia 23230
Telephone: (804) 999-9999
Facsimile: (866) 238-6415
scarroll@hurtinva.com
***Counsel for the Estate of Kacey Horn***

*[signature] Richard S. Samet/by permission*
Richard S. Samet (VSB No. 29902)
FLORANCEGORDANBROWN
A PROFESSIONAL CORPORATION
1900 One James Center
901 East Cary Street
Richmond, Virginia 23219

Tel: (804) 697-5106
Fax: (804) 697-5151
rsamet@fgb.com
***Counsel for Defendant Kaitlyn Brown***