# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Harrisonburg Division

BRANDI FUNKHOUSER,
Administrator of the Estate of
KACEY D. HORN,

    Plaintiff,

v.                                            Civil Action No. 5:22cv56

KAITLYN BROWN, et al.

    Defendants.

## **UNOPPOSED MOTION FOR APPOINTMENT OF GUARDIANS AD LITEM**

COMES NOW, the Plaintiff, by counsel, and move this Honorable Court for the appointment of Guardians ad Litem to represent the interests of two minor beneficiaries in connection with the forthcoming petition for approval of the wrongful death settlement. This Motion is ***unopposed***. In support of this Motion, the Parties state as follows:

1. This matter arises from the death of Kacey Horn, and Plaintiff has brought claims pursuant to 42 U.S.C. § 1983 and Virginia wrongful death statutes.

2. The Parties reached settlements in this matter, which was fully resolved at a settlement conference conducted by the Honorable Judge Hoppe on April 16, 2025.

3. Pursuant to Virginia Code § 8.01-55, the wrongful death claim must be formally approved by this Court before the distribution of settlement proceeds.

4. There are two minor beneficiaries whose interests the Parties seek to protect through the present Petition: B.T. (son of the decedent – age 7 ) and M.K. (daughter of the decedent – age 6).

5. The appointment of Guardians ad Litem will ensure that any potential rights of B.T. and M.K., are adequately protected and that the Court is fully informed when determining the distribution of settlement proceeds.

6. Plaintiff, therefore, requests the appointment of Erika MacCormac, Esq., and Brandon Nexsen, Esq., as Guardians ad Litem. Ms. MacCormac and Mr. Nexsen are experienced attorneys well-qualified to undertake this responsibility.

7.

WHEREFORE, Plaintiff respectfully requests that this Court appoint Guardians ad Litem to represent the interests of the minor beneficiaries, B.T. and M.K, and for such other and further relief as the Court deems appropriate.


Respectfully Submitted,

BRANDI FUNKHOUSER,
Administrator of the Estate of
KACEY D. HORN

_____/s/_____
Seth R. Carroll (VSB No. 74745)
Commonwealth Law Group, LLC
3311 West Broad Street
Richmond, VA 23230
Phone: (804) 999-9999
Facsimile: (866) 238-6415
scarroll@hurtinva.com
*Counsel for Plaintiff*