IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

BRANDI FUNKHOUSER,
Administrator of the Estate of
KACEY D. HORN,

    Plaintiff,

v.                                               Civil Action No. 5:22cv56

KAITLYN BROWN, et al.

    Defendants.

## [PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM

THIS MATTER comes before the Court upon the Parties Motion for the Appointment of Guardians ad Litem to represent the interests of the minor beneficiaries, B.T. and M.K., in connection with the approval of the wrongful death settlement in this matter.

Upon due consideration and for good cause shown, the Court GRANTS the Plaintiff's request for the appointment of Guardians ad Litem.

The Court APPOINTS Erika MacCormac, Esq. to serve as the Guardian ad Litem to represent the interests of the minor child, M.K., and Brandon Nexsen, Esq., to serve as the Guardian ad Litem to represent the interests of the minor child, B.T.

It is SO ORDERED.

                                                        _____
                                                        United States District Judge
                                                        Date: _____