IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Harrisonburg Division)

| | | |
|---|---|---|
| BRANDI FUNKHOUSER, Administrator of the Estate of KACEY D. HORN, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 5:22-cv-56 |
| KAITLYN BROWN, et al., | ) ) ) | |
| Defendants. | ) | |

**JOINT PETITION FOR COURT APPROVAL OF WRONGFUL DEATH COMPROMISE SETTLEMENT PURSUANT TO VA. CODE § 8.01-55**

COME NOW, the Plaintiff, Brandi Funkhouser, as Administrator of the Estate of Kacey D. Horn (the "Estate" or "Plaintiff"), and Defendants Samantha Sulser, Jordan Athey, David Miller, Alexis Sullivan, and Gerson Flores (collectively, the "Correctional Defendants"), by counsel, and respectfully petition this Court for approval of their compromise settlement pursuant to Virginia Code § 8.01-55. Plaintiff further incorporates by reference ECF No. 125, which was previously filed by Plaintiff and Defendant Kaitlyn Brown (Plaintiff, the Correctional Defendants and Defendant Brown are hereinafter collectively referred to as the "Parties"). In support of this Petition, the Parties jointly state as follows:

1. This action arises under 42 U.S.C. § 1983 and Virginia's Wrongful Death Act. Venue and jurisdiction are proper. Defendant Kaitlyn Brown and Plaintiff previously proposed to separately settle for $150,000.00 pursuant to a joint petition previously filed (ECF No. 125); subsequently the Correctional Defendants and Plaintiff proposed to settle for cash and periodic payments funded for an additional $475,000.00. The Parties ask the Court to approve both proposed settlements,

which will resolve the case in full for the present value of $625,000.00. The proposed settlements are without admission of fault by any Party.

2. Plaintiff is the duly qualified Administrator of the Estate.

3. All persons in interest—including the identified statutory beneficiaries—have been or will be given notice of the hearing on this Petition. The Parties consent to approval and dismissal of this action with prejudice as to the Correctional Defendants and Defendant Brown upon entry of the Proposed Order.

4. The known potential statutory beneficiaries of the Estate under Va. Code § 8.01-53 are: (i) Christopher Kerns (spouse), (ii) minor M.K. (biological child), and (iii) minor B.T. (biological child) and (iv) Plaintiff's mother, Brandi Funkhouser.

5. Brandi Funkhouser has disclaimed any interest in the proceeds of the settlements. On July 2, 2025, notice of the proposed settlement was sent to Christopher Kerns along with information to return should he be interested in disclaiming his interest. See Ex. A. It is Plaintiff's understanding that Mr. Kerns is not disclaiming his interest. It is Plaintiff's understanding that Mr. Kerns is currently in the custody of the Virginia Department of Corrections and is incarcerated at Haynesville Correctional Center.

6. Nevertheless, Plaintiff proposes that the entire proceeds of the settlement be divided between the minor children M.K. and B.T., with no allocation to Brandi Funkhouser or Christopher Kerns.

7. In the best interests of the surviving minor children, the Parties jointly requests approval of the following qualified structured settlement and related trust arrangement:

- **A. M.K.**

    (i) Establish a CCT First-Party Pooled Special Needs Trust sub-account f/b/o M.K. and authorize her guardian to execute the Joinder after entry of the order.

    (ii) Periodic payments payable to the trust:

- $4,000.00 **annually**, guaranteed for 15 years, first payment **12/06/2026**, last guaranteed payment **12/06/2040**.

- **Life with 25-year certain**: $13,654.88 **annually**, first payment **12/06/2041**, guaranteed through **12/06/2065** (thereafter for life).

- **B. B.T.**

Periodic payments to B.T. as follows:

- $15,000.00 annually ×2 years beginning **07/20/2035;**
  $15,000.00 annually ×2 years beginning **12/10/2035**);

- $30,000.00 annually ×2 years beginning **07/20/2037;**
  $30,000.00 annually ×2 years beginning **12/10/2037**);

- Lump sums: **$35,000.00** on **06/01/2039**; **$70,000.00** on **12/06/2042**; **$102,596.74** on **12/06/2045**.

8. Future periodic payment obligations shall be assigned within the meaning of I.R.C. § 130(c) to Prudential Assigned Settlement Services Corporation and funded by an annuity issued by The Prudential Insurance Company of America (currently rated A+ by A.M. Best and authorized to do business in Virginia). Upon execution of the assignment, the assignee shall be substituted as obligor and the released parties (including the Settling Defendants) shall have no further responsibility for periodic payments. All sums are damages on account of personal physical injuries within the meaning of I.R.C. § 104(a)(2). The periodic payments are guaranteed based on a projected annuity purchase date of October 5, 2025, and the order shall permit administrative adjustments within 180 days after purchase without the need for an amended petition or order.

9. Subject to Court approval, distribution of the wrongful death proceeds from the combined settlements are proposed as follows:

- • **To Prudential Assigned Settlement Services Corporation f/b/o M.K. and B.T.  $351,747.36**. See Ex. B.

    a. M.K.: $167,000.00

    b. B.T: $184,747.36

  • **To Commonwealth Law Group: $273,252.64 ($150,000 in escrow)**.

    a. Attorney's fees: $222,157.60

    b. Costs reimbursement: $33,347.68

    c. To Commonwealth Law Group (trust seed): $17,747.36

10. The Estate shall be responsible for any legally enforceable liens (including Medicare/Medicaid) related to Decedent and will indemnify the Settling Defendants regarding same.

11. The proposed compromise, structured benefits, trust establishment, and distributions are fair, reasonable, and in the best interests of the statutory beneficiaries.

WHEREFORE, the Parties respectfully request that the Court approve the compromise settlement, authorize and direct the distributions and structured arrangements above, and dismiss the Settling Defendants with prejudice by entering the Proposed Order submitted herewith.

**We Ask for This:**

_____/s/_____  
Seth R. Carroll (VSB No. 74745  
Commonwealth Law Group, LLC  
3311 West Broad Street  
Richmond, VA 23230  
Phone: (804) 999-9999  
Facsimile: (866) 238-6415  
scarroll@hurtinva.com

Brewster S. Rawls (VSB No. 23604)  
Rawls Law Group  
211 Rocketts Way, Suite 211  
Richmond, VA 23231  
Phone: (804) 344-0038

brawls@rawlslawgroup.com
*Counsel for Plaintiff*

Richard S. Samet (VSB No. 29902)
Florance Gordon Brown, PC
1900 One James Center
901 East Cary Street
Richmond, Virginia
Phone: (804) 697-5106
Fax: (804) 697-5151
rsamet@fgb.com
*Counsel for Defendant Brown*

Alexander Francuzenko, Esq. (VSB No. 36510)
Thea A. Paolini, Esq. (VSB No. 92925)
Cook Craig & Francuzenko
3050 Chain Bridge Road, Ste. 200
Fairfax, VA 22030
Phone: (703) 865-7480
Fax: (703) 434-3510
alex@cookcraig.com
tpaolini@cookcraig.com
*Counsel for Defendants Sulser, Athey, Sullivan and Miller*

Jennifer Royer, Esq. (VSB No. 68099)
Royer Law Firm
3042 Brambleton Ave., S.W.
Roanoke, VA 24015
Phone: (540) 788-2982
Fax: (540) 675-4093
jroyer@royerlawfirm.com
*Counsel for Defendant Flores*