**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**(Harrisonburg Division)**

| | | |
|---|---|---|
| BRANDI FUNKHOUSER, | ) | |
| Administrator of the Estate of | ) | |
| KACEY D. HORN, | ) | |
| Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 5:22-cv-56 |
| v. | ) | |
| | ) | |
| KAITLYN BROWN, et al., | ) | |
| | ) | |
| Defendants. | | |

**JOINT PETITION FOR COURT APPROVAL OF WRONGFUL DEATH**
**COMPROMISE SETTLEMENT PURSUANT TO VA. CODE § 8.01-55**

COME NOW, the Plaintiff, Brandi Funkhouser, as Administrator of the Estate of Kacey

D. Horn (the "Estate" or "Plaintiff"), and Defendants Samantha Sulser, Jordan Athey, David

Miller, Alexis Sullivan, and Gerson Flores (collectively, the "Correctional Defendants"), by

counsel, and respectfully petition this Court for approval of their compromise settlement pursuant

to Virginia Code § 8.01-55. Plaintiff further incorporates by reference ECF No. 125, which was

previously filed by Plaintiff and Defendant Kaitlyn Brown (Plaintiff, the Correctional Defendants

and Defendant Brown are hereinafter collectively referred to as the "Parties"). In support of this

Petition, the Parties jointly state as follows:

1. This action arises under 42 U.S.C. § 1983 and Virginia's Wrongful Death Act. Venue

and jurisdiction are proper in this Court. Defendant Kaitlyn Brown and Plaintiff previously

proposed to separately settle for $150,000.00 pursuant to a joint petition filed (ECF No. 125).

Subsequently, the Correctional Defendants and Plaintiff proposed to settle for cash and periodic

payments funded for an additional $475,000.00. The Parties ask the Court to approve both

proposed settlements, which will resolve the case in full for the present value of $625,000.00. The

proposed settlements are without admission of fault by any Party.

2. Plaintiff is the duly qualified Administrator of the Estate.

3. All persons in interest—including the identified statutory beneficiaries—have been or

will be given notice of the hearing on this Petition. The Parties consent to approval and dismissal

of this action with prejudice as to the Correctional Defendants and Defendant Brown upon entry

of the Proposed Order.

4. The known potential statutory beneficiaries of the Estate under Va. Code § 8.01-53 are:

(i) Christopher Kerns (spouse), (ii) minor M.K. (biological child), and (iii) minor B.T. (biological

child) and (iv) Plaintiff's mother, Brandi Funkhouser.

5. Brandi Funkhouser has disclaimed any interest in the proceeds of the settlements. It is

Plaintiff's understanding that Mr. Kerns is not disclaiming his interest and that his guardian ad

litem (ECF No. 146) will present argument on his behalf in support of his claim as Mr. Kerns is

currently in the custody of the Virginia Department of Corrections.

6. Ms. Funkhouser proposes that the entire proceeds of the settlement be divided between

the minor children M.K. and B.T., with no allocation to Brandi Funkhouser or Christopher Kerns.

7. In the best interests of the surviving minor children, the Parties jointly request approval of the

following qualified structured settlement and related trust arrangement:

• **A. M.K.**

(i) Establish a CCT First-Party Pooled Special Needs Trust sub-account f/b/o M.K.

and authorize her guardian to execute the Joinder after entry of the order.

(ii) Periodic payments payable to the trust:

- $4,000.00 annually, guaranteed for 15 years, first payment 12/06/2026, last
guaranteed payment 12/06/2040.

- Life with 25-year certain: $12,886.28 annually, first payment 12/06/2041, guaranteed through 12/06/2065 (thereafter for life).

• **B. B.T.**

Periodic payments to B.T. as follows:

- $15,000.00 annually ×2 years beginning 07/20/2035; $15,000.00 annually ×2 years beginning 12/10/2035.

- $30,000.00 annually ×2 years beginning 07/20/2037; $30,000.00 annually ×2 years beginning 12/10/2037.

- Lump sums: $35,000.00 on 06/01/2039; $70,000.00 on 12/06/2042; $84,428.16 on 12/06/2045.

8. Future periodic payment obligations shall be assigned within the meaning of I.R.C. § 130(c) to Prudential Assigned Settlement Services Corporation and funded by an annuity issued by The Prudential Insurance Company of America (currently rated A+ by A.M. Best and authorized to do business in Virginia). Upon execution of the assignment, the assignee shall be substituted as obligor and the released parties (including the Settling Defendants) shall have no further responsibility for periodic payments. All sums are damages on account of personal physical injuries within the meaning of I.R.C. § 104(a)(2). The periodic payments are guaranteed based on a projected annuity purchase date of March 6, 2026, and the order shall permit administrative adjustments within 180 days after purchase without the need for an amended petition or order.

9. Subject to Court approval, distribution of the wrongful death proceeds from the combined settlements are proposed as follows:

• **To Prudential Assigned Settlement Services Corporation f/b/o M.K. and B.T. $351,747.36.**

a. M.K.: $167,000.00

b. B.T.: $184,747.36

• **To Commonwealth Law Group: $273,252.64 ($150,000 in escrow).**

a. Attorney's fees: $222,157.60

b. Costs reimbursement: $33,347.68

c. To Commonwealth Law Group (trust seed): $17,747.36

10. The Estate shall be responsible for any legally enforceable liens (including Medicare/Medicaid) related to Decedent and will indemnify the Settling Defendants regarding same.

11. The proposed compromise, structured benefits, trust establishment, and distributions are fair, reasonable, and in the best interests of the statutory beneficiaries.

WHEREFORE, the Parties respectfully request that the Court approve the compromise settlement, authorize and direct the distributions and structured arrangements above, and dismiss the Settling Defendants with prejudice by entering the Proposed Order submitted herewith.

**We Ask for This:**

/s/
Seth R. Carroll (VSB No. 74745
Commonwealth Law Group, LLC
3311 West Broad Street
Richmond, VA 23230
Phone: (804) 999-9999
Facsimile: (866) 238-6415
scarroll@hurtinva.com

Brewster S. Rawls (VSB No. 23604)
Rawls Law Group
211 Rocketts Way, Suite 211
Richmond, VA 23231
Phone: (804) 344-0038
brawls@rawlslawgroup.com
*Counsel for Plaintiff*

Richard S. Samet (VSB No. 29902)
Florance Gordon Brown, PC
1900 One James Center
901 East Cary Street
Richmond, Virginia
Phone: (804) 697-5106
Fax: (804) 697-5151
rsamet@fgb.com
*Counsel for Defendant Brown*

Alexander Francuzenko, Esq. (VSB No. 36510)
Thea A. Paolini, Esq. (VSB No. 92925)
Cook Craig & Francuzenko
3050 Chain Bridge Road, Ste. 200
Fairfax, VA 22030
Phone: (703) 865-7480
Fax: (703) 434-3510
alex@cookcraig.com
tpaolini@cookcraig.com
*Counsel for Defendants Sulser, Athey, Sullivan and Miller*

Jennifer Royer, Esq. (VSB No. 68099)
Royer Law Firm
3042 Brambleton Ave., S.W.
Roanoke, VA 24015
Phone: (540) 788-2982
Fax: (540) 675-4093
jroyer@royerlawfirm.com
*Counsel for Defendant Flores*